**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-6728

KEITH DEVON ADAMS,

             Petitioner - Appellant,

      v.

WARDEN, FCI-Estill,

             Respondent – Appellee,

      and

UNITED STATES OF AMERICA,

             Respondent.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.   Joseph F. Anderson, Jr., District
Judge.  (0:13-cv-03330-JFA)

Submitted: July 24, 2014            Decided:  July 29, 2014

Before FLOYD and THACKER, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Keith Devon Adams, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith Devon Adams, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Adams v. Warden, No. 0:13-cv-03330-JFA (D.S.C. Apr. 7, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED